UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 09-81447-CIV-MARRA/JOHNSON

PATRICIA ABRAM-ADAMS,

    Plaintiff,
v.

CITIGROUP, INC. d/b/a CitiFinancial,
a foreign corporation,

    Defendant.
_____/

## ORDER AND OPINION

THIS CAUSE is before the Court on Plaintiff Patricia Abram-Adams' ("Plaintiff") Motion for an Appointed List of Attorneys for Representation (DE 2), filed November 9, 2009. The Court has carefully reviewed the Motion, the record, and is otherwise fully advised in the premises.

The Court can not be involved in selecting representation for pro se Plaintiffs in employment discrimination cases. Plaintiff must research her options and select her own attorney to represent her in this action if she does not wish to continue proceeding pro se. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for an Appointed List of Attorneys for Representation (DE 2) is **DENIED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of November, 2009.

KENNETH A. MARRA
United States District Judge

copies to:
all counsel of record
Patricia Abram-Adams, *pro se*