UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 09-81447-CIV-MARRA/JOHNSON

PATRICIA ABRAM-ADAMS,

      Plaintiff,
v.

CITIGROUP, INC. d/b/a CitiFinancial,
a foreign corporation,

      Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE

This cause is before the Court upon Defendant Citigroup, Inc. ("Defendant" or "Citigroup")'s Motion to Dismiss Plaintiff's Complaint Without Prejudice (DE 7), filed March 1, 2010. Plaintiff filed a response to the Motion on March 19, 2010. The Court has reviewed the motion, response, and the record and is otherwise fully advised in the premises.

Defendant moves to dismiss Plaintiff Patricia Abram-Adams' 343-page, 812-paragraph, 45-count Amended Complaint (DE 5) for failure to comply with Rule 8 of the Federal Rules of Civil Procedure, which requires that a pleading contain a "short and plain statement" of the claims and that each allegation be "simple, concise, and direct." Fed. R. Civ. P. 8(a)(2), (d)(1). Defendant argues that Plaintiff's Amended Complaint is unreasonably prolix and repetitive, which unduly complicates and confuses Defendant's task of preparing a responsive pleading and renders the Amended Complaint wholly unwieldy and useless as a blueprint for this action. See DE 7 at 2. Upon review of the Amended Complaint, the Court agrees that it fails to comply with

the pleading requirements contained in Rule 8(a) and (d).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall have until April 9, 2010 in which to file and serve on opposing counsel an Amended Complaint that properly complies with Rule 8 of the Federal Rules of Civil Procedure.

2. Upon the filing of her Amended Complaint, Defendant shall have twenty (20) days in which to answer or otherwise respond.

3. Failure to comply with this Order shall result in the dismissal of the present action without prejudice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of March, 2010.

KENNETH A. MARRA
United States District Judge

copies to:
all counsel of record
Patricia Abram-Adams, *pro se*