UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81447-CIV-MARRA/JOHNSON

PATRICIA ABRAM-ADAMS,

    Plaintiff,

v.

CITIGROUP, INC. d/b/a CitiFinancial,
a foreign corporation,

    Defendant.
_____/

## ORDER

    This cause is before the Court *sua sponte*.  On December 8, 2008, the Court entered an Order Dismissing Plaintiff's Claims Without Prejudice (DE 9), allowing Plaintiff until April 9, 2010 in which to file and serve on opposing counsel an Amended Complaint that properly complied with Rule 8 of the Federal Rules of Civil Procedure.  Plaintiff failed to file an amended complaint by the April 9, 2010 deadline, and on April 13, 2010, this Court entered an order dismissing this case.  (DE 11).

    On April 12, 2011, Plaintiff filed an amended complaint.  (DE 12).  Because this case was dismissed and closed over a year ago, Plaintiff cannot simply file an amended complaint and reinitiate this action.  If Plaintiff wishes to pursue these claims against CitiGroup, Inc., she must initiate a new civil case, file a new complaint, pay a new filing fee, and note on the civil cover sheet that it is a re-filed case.

Accordingly, it is hereby ORDERED AND ADJUDGED that the amended complaint is DISMISSED.   The case shall remain Closed.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of April, 2011.

_____
KENNETH A. MARRA
United States District Judge

Copies to:
Counsel of record
Patricia Abram-Adams, *pro se*